ANDERSON, Internal Revenue Collector, v. NEW YORK LIFE INS. CO.* (Circuit Court of Appeals, Second Circuit. December 20, 1920.) No. 148. In Error to the District Court of the United States for the Southern District of New York. Action by the New York Life Insurance Company against Charles W. Anderson, Collector of Internal Revenue, to recover an excise tax paid under protest. The case was tried on an agreed statement of facts, resulting in judgment for plaintiff, and defendant brings error. Affirmed. See, also, 257 Fed. 576; 262 Fed. 215; 263 Fed. 576. Addison S. Pratt, Sp. Asst. U. S. Atty., of New York City, for plaintiff in error. James H. McIntosh, of New York City, for defendant in error. Before WARD, ROGERS, and HOUGH, Circuit Judges.

PER CURIAM. Judgment affirmed in open court.

---

BARNHART et al. v. BARNHART. (Circuit Court of Appeals, Sixth Circuit. January 14, 1921.) No. 3456. Appeal from the District Court of the United States for the Western Division of the Northern District of Ohio; John M. Killits, Judge. Interpleader between Carrie F. Barnhart and Orville F. Barnhart and others to determine the right to the proceeds of an insurance policy. Decree awarding the proceeds to Carrie F. Barnhart, and Orville F. Barnhart and others appeal. Affirmed. Fred L. Carhart, of Marion, Ohio (Carhart & Warner, of Marion, Ohio, on the brief), for appellants. Thomas L. Gifford, of Toledo, Ohio, for appellee.

PER CURIAM. An insurance benefit certificate which had been payable to appellee as beneficiary, was transferred by the assured, so as to make the appellants beneficiaries. Upon the assured's death, the money was paid into court, and the old and the new beneficiaries were caused to interplead. The court below set aside the transfer, upon the ground that the insured was mentally incompetent and was unduly influenced. Appellants now insist that the burden of proof rested strongly on appellee and was not met; but, quite regardless of the burden of proof, the record creates no such belief of error by the trial court, who saw and heard many of the witnesses, as will justify a reversal. The decree is affirmed.

---

BERWIND–WHITE COAL MINING CO. v. PENNSYLVANIA R. CO. (Circuit Court of Appeals, Second Circuit. December 15, 1920.) No. 43. Appeal from the District Court of the United States for the Southern District of New York. Libel by the Berwind-White Coal Mining Company against the Pennsylvania Railroad Company. Decree for respondent, and libelant appeals. Affirmed. Macklin, Brown, Purdy & Van Wyck, of New York City (P. M. Brown, of New York City, of counsel), for appellant. Burlingham, Veeder, Masten & Fearey, of New York City (C. I. Clark and Frederick Pennel, both of New York City, of counsel), for appellee. Before WARD, ROGERS and HOUGH, Circuit Judges.

PER CURIAM. Decree affirmed.